# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Michele L. Price, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-0852-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse And Remand With Suggestions In Support,* filed December 14, 2010 [Doc. 12]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Commissioner pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g), for action consistent with that set forth in defendant's motion to remand.

                                                */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                              **U. S. MAGISTRATE JUDGE**