# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| Michele L. Price, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 10-0852-CV-W-JTM |
| | ) | |
| Michael J. Astrue, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is *Plaintiff's Application For Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA)*, filed February 8, 2011 [Doc. 15]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that *Plaintiff's Application For Attorney Fees Pursuant To The Equal Access To Justice Act (EAJA)*, filed February 8, 2011 [Doc. 15] is **GRANTED** and plaintiff is awarded $1,771.25 in attorney fees under EAJA, 28 U.S.C. §2412(d).

　　　　　　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**